COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AUTOFLEX LEASING, | § | No. 08-08-00030-CV |
| Appellant, | § | Appeal from the |
| v. | § | 44th District Court |
| MICHAEL IRVIN, | § | of Dallas County, Texas |
| Appellee. | § | (TC# 04-00366-B) |
| | § | |

## MEMORANDUM  OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1. Appellant requests that the appeal be dismissed without prejudice. The applicable rule does not provide for a dismissal without prejudice. *See* TEX. R. APP. P. 42.1(a)(1); *Simpson v. City of San Antonio*, No. 08-10-00229-CV, 2010 WL 3708850, at *1 (Tex.App.--El Paso Sept. 22, 2010, no pet. h.) (mem. op.). Accordingly, the request that the appeal be dismissed without prejudice is denied. In all other respects, the motion is granted, and this appeal is dismissed. Costs are assessed against Appellant. *See* TEX. R. APP. P. 42.1(d).


GUADALUPE RIVERA, Justice

November 10, 2010

Before Chew, C.J., McClure, and Rivera, JJ.